UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY LEE GRAY,

        Petitioner,                  No. C 09-2461 PJH (PR)

  vs.                                  **ORDER OF DISMISSAL**

D. L. RUNNELS, Warden,

        Respondent.

                                    /

This is a habeas case brought pro se by a state prisoner. Petitioner has, however, had a previous case attacking the same judgment, *Gray v. Runnels*, C 01-2880 PJH (PR). That case was dismissed as barred by the statute of limitations and the dismissal was affirmed on appeal. This thus is a second or successive petition.

A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition is accordingly **DISMISSED** without prejudice to filing a new petition if petitioner obtains the necessary order.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June__12__, 2009.

                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge

G:\PRO-SE\PJH\HC.09\GRAY2461.DSM.wpd